# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KENIA SUYAPA CLAROS PORTILLO,

    Plaintiff,

v.

LOUIS A. QUINONES JR., TODD LYONS, KRISTI NOEM, U.S. PAMELA BONDI, GARRETT RIPA, US IMMIGRATION AND CUSTOMS ENFORCEMENT, and DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

        Case No.: 6:26-cv-523-GAP-NWH

_____/

## ORDER

This matter is before the Court on Petitioner's Emergency Motion for Immediate Release or Expedited Adjudication of the Petition for Writ of Habeas Corpus. Doc. 5. The Court has also considered Respondents' Response to the Habeas Petition. Doc. 6; *see also* Doc. 1. Upon consideration of Respondents' Response (Doc. 6), the Habeas Petition and Petitioner's Motion is due to be granted.

Petitioner Kenia Suyapa Claros Portillo ("Petitioner") is a citizen of Honduras

without lawful status who has been living in the United States since at least 2009.[1] She is the mother of two minor U.S. citizen children, one with a debilitating brain condition and another with autism and abdominal complications. *See* Doc. 1, ¶¶ 2, 4, 25; Doc. 5 at 2. On February 25, 2026, she was arrested in Volusia County for committing an alleged battery following an argument with her significant other. *See* Doc. 1, ¶ 6; Doc. 6-1 at 2. Petitioner alleges that she posted bond on March 4, 2026, and since then, has been detained at the Orange County Jail solely on the basis of an immigration detainer. *See* Doc. 1, ¶¶ 7-10.

On March 7, 2026, Petitioner filed a petition for writ of habeas corpus challenging the legality of her detention. *See generally* Doc. 1. She also filed an Emergency Motion for Temporary Restraining Order ("TRO") (Doc. 2), asking the Court to enjoin Respondents from removing her from the Middle District of Florida, which this Court granted on March 9, 2026 (*see* Doc. 4). The Court's TRO also directed Respondents to show cause as to why the Court should not grant the Petition. *Id.*

On March 9, 2026, Petitioner filed the instant Motion, informing the Court

---

[1] Petitioner entered the United States at an unknown time or place. *See* Doc. 6-1 at 2. The Petition contends that Petitioner entered on or about 2008. *See* Doc. 1, ¶ 3. The detention records submitted by Respondents state that Customs and Border Patrol agents in Mobile, Alabama encountered Petitioner on December 3, 2009. *See* Doc. 6-1 at 2.

that she was hospitalized on March 8, 2026 due to cardiac complications that resulted from her inability to access the six medications that she requires to regulate and treat her high blood pressure. *See* Doc. 5 at 1-2; *see also* Doc. 1, ¶ 2. She also requested that the Court order her immediate release, or in the alternative, order an expedited briefing schedule and expedite the adjudication of this matter. *See* Doc. 5 at 2.

On March 9, 2026, Respondents filed their Response to the Petition. Doc. 6. In it, Respondents contend that because Petitioner entered the United States at an unknown time or place, she is detained pursuant to 8 U.S.C. § 1225. *Id.* at 1. They further concede that the great majority of judges in this District, including this Court, have ruled adversely to the government on this issue, and should the Court order Petitioner released, Respondents will so comply. *Id.* at 2. Consequently, and for the same reasons explained in *Perez v. Quinones et al*, No. 6:26-cv-228-GAP-DCI, Doc. 20 (M.D. Fla. Feb. 9, 2026), this Court finds that Petitioner has been unlawfully detained by Respondents and is due to be immediately released. *See also id.*, Doc. 23.

Accordingly, it is **ORDERED** that:

1. Petitioner Kenia Suyapa Claros Portillo's Petition for a Writ of Habeas Corpus (Doc. 1) and Emergency Motion for Immediate Release or Expedited Adjudication (Doc. 5) are hereby **GRANTED**.

2. The Hearing scheduled for Friday, March 13, 2026, at 9:00 AM is hereby **CANCELLED**.

3. Respondents shall **IMMEDIATELY RELEASE or facilitate the release** of the Petitioner from custody and **IMMEDIATELY** notify her counsel where and when she may be picked up.[2]

4. Respondents shall **IMMEDIATELY** return all of Petitioner's documentation and any other personal property.

5. Respondents and all other persons or entities acting in active concert or participation with them are **RESTRAINED AND ENJOINED** from re-arresting or detaining Petitioner **UNTIL FURTHER ORDER OF THE COURT**. The Court will consider lifting this prohibition once the BIA vacates *Hurtado*, and the Court is convinced that a fair and impartial bond hearing can be timely provided.

6. No security bond is required.

7. Petitioner is **DIRECTED** to notify her counsel should her place of residence change while her immigration proceedings are ongoing.

8. **The Clerk is DIRECTED** to enter judgment in favor of Petitioner and

---

[2] The Court understands that Petitioner may still be hospitalized at the Orlando Health Dr. Phillips Hospital at the time of this Order's issuance. *See* Doc. 5. If so, Respondents shall immediately withdraw any claim of custody over Petitioner.

against Respondents.

9. The Court retains jurisdiction to enforce this order and to consider the matter of fees and costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 10, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director by email at OPLAORLFEDLIT@ice.dhs.gov

Office of the United States Attorney by certified mail at 400 West Washington Street, Suite 3100, Orlando, FL 32801 and by email at USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email at michele.carpentiere@ocfl.net

Orange County Sheriff's Office – Legal Services by email at irmpickupdesk@ocfl.net, so-as-legalservices@ocsofl.com, OCCDRecords@ocfl.net, and Juanita.Beason@ocfl.net,

Kristi Noem, Secretary, by certified mail at Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE Washington, DC 20528

Garrett Ripa, Miami Field Office Director, by certified mail at United States

Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, FL 33324

United States Attorney General by certified mail at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Marshals by email at usms-mfl-orl@usdoj.gov.