# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

KENIA SUYAPA CLAROS PORTILLO,

Plaintiff,

v.

Case No.: 6:26-cv-00523-GAP-NWH

LOUIS A. QUINONES JR., ORANGE COUNTY CHIEF OF CORRECTIONS; TODD LYONS, ACTING DIRECTOR OF THE UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; GARRETT RIPA, FIELD OFFICE DIRECTOR OF THE MIAMI IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE, ACTING IN THEIR OFFICIAL CAPACITIES; US IMMIGRATION AND CUSTOMS ENFORCEMENT, DEPARTMENT OF HOMELAND SECURITY,

Defendants,

---

## ORDER

The case is before the Court *sua sponte*. The Complaint was filed on March 7, 2026. On March 10, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus (Doc. 7) and Judgment was entered (Doc. 8). There has been no further activity in the case. It is therefore **ORDERED** that the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 2, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party